AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Ohio

| | | |
|---|---|---|
| Nicholas Arnett | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 3:18-cv-00220 |
| National Inquisition Service, LLC et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED MERCHANT ASSET RECOVERY OF WNY, LLC
UNITED STATES CORPORATION AGENTS, INC.
7014 13TH AVENUE, SUITE 202
BROOKLYN, NEW YORK, 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jonathan Hilton (0095742)
Hilton Parker LLC
10400 Blacklick-Eastern Rd., Ste. 110
Pickerington, OH 43147
(614) 992-2277
jhilton@hiltonparker.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/02/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NICHOLAS ARNETT VS. NATIONAL INQUISTION SERVICES, LLC et al.
was received by me on *(date)* April 4th, 2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lisa Knight at UNITED STATES CORPORATION AGENTS, INC. , who is designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES MERCHANT ASSET RECOVERY OF WNY, LLC. on *(date)* 4/9/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/12/2019

*Victor Torves*
Server's signature

David Stalk
Printed name and title

758 Wager St., Columbus, OH 43206
Server's address

Additional information regarding attempted service, etc:

0